| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gilstrap, James R. | 2. Court or Organization US District Court, Eastern District of Texas | 3. Date of Report 05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

100 East Houston Street
Marshall, TX 75670

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Tommy B. & Lucille Jackson Slaughter Foundation No. 2 |
| 2. | Trustee | T. Whitfield Davidson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 08/08/2017 | Teaching Stipend-Baylor Law School Academy of the Advocate at St. Andrews, Scotland | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Marshall Floral Co.-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 01/27/2017 | Irving, TX | Activity of professional association | Travel |
| 2. | Smith County Bar Association | 02/03/2017 | Tyler, TX | Activity of professional association | Travel |
| 3. | State Bar of Texas | 02/17/2017 | Conroe, TX | Meeting or seminar with another governmental entity | Travel |
| 4. | USDC ED TX | 02/22-24/2017 | McKinney, TX | Court governance or adminstrative/managerial meetings | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | USDC ED TX | 03/28-30/2017 | Washington, DC | FJC educational seminar or program | Travel |
| 6. | Baylor University | 04/06-09/2017 | Washington, DC | Educational seminar or program | Travel |
| 7. | USDC ED TX | 05/08-10/2017 | Grapevine, TX | Circuit judicial conference | Travel |
| 8. | USDC ED TX | 05/15-22/2017 | Berkeley, CA | FJC Educational seminar or program | Travel |
| 9. | State Bar of Texas | 05/26-28/2017 | Austin, TX | Meeting or seminar with another governmental entity | Travel |
| 10. | Baylor University | 07/27-08/13/2017 | St. Andrews, Scotland | Educational activities other than judicial education | Travel |
| 11. | USDC ED TX | 10/04-06/2017 | Plano, TX | Activity of professional assoc. | Travel |
| 12. | USDC ED TX | 10/23/2017 | Tyler, TX | Meeting sponsored by AO | Travel |
| 13. | USDC ED TX | 10/31/2017 | Grapevine, TX | Meeting sponsored by AO | Travel |
| 14. | Georgetown University | 11/02-05/2017 | Washington, DC | Non-FJC educational seminar or program | Travel |
| 15. | State Bar of Texas | 11/17-19/2017 | San Antonio, TX | Meeting or seminar with another government entity | Travel |
| 16. | New York University | 11/30-12/03/2017 | New York City, NY | Non-FJC educational seminar or program | Travel |
| 17. | USDC ED TX | 12/10-13/2017 | Washington, DC | FJC educational seminar or program | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alcoa Inc common stock | | None | | | Sold | 01/01/17 | J | | |
| 2. Arconic Inc.-common stock | | None | | | Sold | 01/01/17 | J | | |
| 3. American Electric Power-common stock | C | Dividend | M | T | | | | | |
| 4. Boeing Co. common stock | D | Dividend | N | T | | | | | |
| 5. Carriage Svcs Inc.-common stock | A | Dividend | J | T | Buy | 01/01/17 | J | | |
| 6. Citigroup common stock | A | Dividend | J | T | | | | | |
| 7. Dell Technologies Inc. common stock | | None | J | T | Buy | 01/01/17 | J | | |
| 8. Disney Co. common stock | B | Dividend | M | T | | | | | |
| 9. Exxon Mobil common stock | B | Dividend | L | T | | | | | |
| 10. Ford Motor Co. common stock | A | Dividend | K | T | | | | | |
| 11. General Electric common stock | D | Dividend | O | T | | | | | |
| 12. Home Depot common stock | A | Dividend | K | T | | | | | |
| 13. Intel common stock | B | Dividend | M | T | | | | | |
| 14. JNJ common stock | E | Dividend | P1 | T | | | | | |
| 15. McDonalds Corp. common stock | B | Dividend | M | T | | | | | |
| 16. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 17. Norfork Southern Co. common stock | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 19. Pfizer common stock | A | Dividend | J | T | | | | | |
| 20. Southern Co. common stock | A | Dividend | K | T | | | | | |
| 21. S&P Global Inc. common stock | A | Dividend | K | T | Buy | 01/01/17 | J | | |
| 22. MMM common stock | C | Dividend | O | T | | | | | |
| 23. Spdr S&P 500 ETF Trust common stock | B | Dividend | M | T | | | | | |
| 24. Woodside Petroleum common stock | A | Dividend | J | T | | | | | |
| 25. Weyerhaeuser common stock | A | Dividend | K | T | | | | | |
| 26. Mineral Rights, Harrison Co. TX, Comstock Ros.#2 GU | A | Royalty | J | Q | | | | | |
| 27. Mineral Rights, Harrison Co. TX, Comstock-Kennedy GU | C | Royalty | J | Q | | | | | |
| 28. Mineral Rights, Harrison Co. TX H.T. Newman GU | B | Royalty | J | Q | | | | | |
| 29. Berkshire Hathaway Class B common stock | A | Dividend | K | T | | | | | |
| 30. Coca Cola Co. common stock | B | Dividend | L | T | | | | | |
| 31. Colgate Palmolive Co. common stock | A | Dividend | J | T | | | | | |
| 32. Corning Inc. common stock | A | Dividend | J | T | | | | | |
| 33. Microsoft common stock | A | Dividend | K | T | | | | | |
| 34. Proctor & Gamble common stock | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Large Cap. Growth Fund class B | | None | | | Sold | 01/01/17 | J | | |
| 36. Invesco Large Cap. Growth Fund Class A | A | Dividend | J | T | Buy | 01/01/17 | J | | |
| 37. Alliance-Bernstein Large Cap Growth Fund class A | A | Dividend | J | T | | | | | |
| 38. Federated Muni Ultrashort Fd Is. #253 | A | Dividend | M | T | | | | | |
| 39. Mass Investors Growth Stock Fund Class A | A | Dividend | J | T | | | | | |
| 40. McGraw Hill Co. Inc. common stock | | None | | | Sold | 01/01/17 | J | | |
| 41. Target Stores common stock | A | Dividend | J | T | | | | | |
| 42. Time Warner Inc. common stock | A | Dividend | J | T | | | | | |
| 43. Time Inc common stock | | None | | | Sold | 01/01/17 | J | | |
| 44. Schlumberger Ltd. common stock | A | Dividend | J | T | | | | | |
| 45. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 46. Emerson Electric common stock | A | Dividend | K | T | | | | | |
| 47. IBM common stock | B | Dividend | K | T | | | | | |
| 48. Sysco Corp. comon stock | A | Dividend | K | T | | | | | |
| 49. Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 50. WalMart Stores Inc. common stock | A | Dividend | K | T | | | | | |
| 51. Muni Bond-Birmingham GO Bond | A | Interest | | | Redeemed | 03/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Muni Bond-Canyon Tx. Wtr. Authority Contr. Rev. | C | Interest | M | T | | | | | |
| 53. Muni Bond-El Paso TX Cert of Oblg. | D | Interest | | | Redeemed | 08/15/17 | M | | |
| 54. Muni Bond-Crosby TX Indpt. Sch Dist. Tax Sch Bldg Bds. | C | Interest | M | T | Buy | 01/01/17 | M | | |
| 55. Muni Bond-Tenn State GO | B | Interest | M | T | | | | | |
| 56. Muni Bond-Panola College GO | B | Interest | M | T | | | | | |
| 57. Muni Bond-Uab Medicine Financing Auth Alabama Revenue Bonds | D | Interest | M | T | | | | | |
| 58. Muni Bond-Pearland TX Cert of Oblg. | C | Interest | L | T | Buy | 01/01/17 | L | | |
| 59. Muni Bond-Katy Tex Indpt. Sch. Dist Tax Sch Bldg Bds. | C | Interest | M | T | Buy | 01/01/17 | M | | |
| 60. Muni Bond-Galveston Co. TX Housing Rev. | B | Interest | K | T | | | | | |
| 61. Muni Bond-Prosper TX GO | C | Interest | M | T | Buy | 01/15/17 | M | | |
| 62. Muni Bond-MS State Univ. Rev | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 63. Muni Bond-Dickens Co. TX Pub. Fac. Rev. | B | Interest | J | T | | | | | |
| 64. Muni Bond-TN Energy Acq. Rev. | B | Interest | K | T | | | | | |
| 65. Muni Bond-Bowling KY GO | B | Interest | K | T | | | | | |
| 66. Muni Bond-Knox Co. TN Health Fac. Rev. | A | Interest | | | Redeemed | 04/03/17 | K | | |
| 67. Muni Bond-Mineola TX GO | B | Interest | | | Redeemed | 09/29/17 | K | | |
| 68. Muni Bond-West Hartford Conn. GO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Muni Bond-Tomball Texas Comb Tax & Rev Bonds | B | Interest | M | T | | | | | |
| 70. | Muni Bond-Lubbock Cooper ISD GO | B | Interest | K | T | | | | | |
| 71. | Muni Bond-Bryan TX ISD GO Rfdg 2017 | C | Interest | N | T | Buy | 05/05/17 | N | | |
| 72. | Muni Bond- Bryan TX Wtrwks & Swr Sys Rev Bonds | | None | M | T | Buy | 05/17/17 | M | | |
| 73. | Muni Bond-College Station TX GO Impt & Ref Bonds | | None | M | T | Buy | 8/25/17 | M | | |
| 74. | Muni Bond-Port Arthur TX ISD GO Bond | C | Interest | L | T | Buy | 1/1/2017 | L | | |
| 75. | Muni Bond-Lewisville TX ISD Bond | | None | L | T | Buy | 08/25/17 | L | | |
| 76. | Mineral Rights, Harrison Co. TX NFR-Dinkle GU | D | Royalty | K | Q | | | | | |
| 77. | Mineral Rights, Harrison Co. TX NFR-Blalock GU | C | Royalty | K | Q | | | | | |
| 78. | Mineral Rights, Harrison Co. TX Forest Oil-Dickard GU | A | Royalty | J | Q | | | | | |
| 79. | Mineral Rights, Harrison Co. TX BP-Frank Davis GU | B | Royalty | J | Q | | | | | |
| 80. | Mineral Rights, Harrison Co. TX PennVa-Foreman GU | D | Royalty | K | Q | | | | | |
| 81. | Mineral Rights, Harrison Co. TX Valence Oper-Mobley GU | B | Royalty | K | Q | | | | | |
| 82. | Mineral Rights, Harrison Co. TX Valence-A. Snider GU | A | Royalty | J | Q | | | | | |
| 83. | 70 acres Harrison Co., TX Timber Tract | | None | M | Q | | | | | |
| 84. | 178.66 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 85. | 52 acres Harrison Co. TX Timber Tract | | None | M | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | 23.06 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 87. | 476 acres Cass Co. TX Timber Tract | | None | N | Q | | | | | |
| 88. | Mineral Rights, Panola Co. TX Vice Shivers GU | A | Royalty | J | Q | | | | | |
| 89. | CapitalOne Bank-Marshall TX various bank acct.s | D | Interest | M | T | | | | | |
| 90. | BancorpSouth-Marshall TX checking acct. | | None | J | T | | | | | |
| 91. | Guaranty Bank & Trust (Formally First State Bank, Hallsville TX ) CD | A | Interest | M | T | | | | | |
| 92. | Chase Bank-Marshall TX M/Mkt. acct #1 | A | Interest | K | T | | | | | |
| 93. | First St. Bank Carthage TX M/Mkt. acct | B | Interest | N | T | | | | | |
| 94. | Edward Jones Cash Mgn. Acct.#1 | B | Interest | O | T | | | | | |
| 95. | TX Bank & Trust; M/Mkt accts | C | Interest | M | T | | | | | |
| 96. | CapitalOne Bank-Marshall TX Agency CMA acct. | A | Interest | M | T | | | | | |
| 97. | BancorpSouth Marshall, TX CD | A | Interest | M | T | | | | | |
| 98. | Citizens National Bank-Marshall TX M/ Mkt. acct. | A | Interest | N | T | | | | | |
| 99. | Edward Jones Cash Mgn. Acct. #2 | B | Interest | O | T | | | | | |
| 100. | Carriage Service Corp. common stock | A | Dividend | J | T | | | | | |
| 101. | Reassure America Universal Life Policy | B | Interest | K | T | | | | | |
| 102. | Foundation #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fidelity M/Mkt Acct. and CapOne checking acct. | A | Int./Div. | L | T | | | | | |
| 104. -Accenture common stock | A | Dividend | K | T | | | | | |
| 105. -AT&T common stock | B | Dividend | K | T | | | | | |
| 106. -Abbott Labs common stock | A | Dividend | J | T | | | | | |
| 107. -Abbvie Inc. common stock | B | Dividend | L | T | | | | | |
| 108. -Altria Group common stock | B | Dividend | L | T | | | | | |
| 109. -American Express common stock | A | Dividend | J | T | | | | | |
| 110. -Amgen common stock | A | Dividend | K | T | | | | | |
| 111. -Apache corp. common stock | A | Dividend | J | T | | | | | |
| 112. -Apple Inc. common stock | A | Dividend | L | T | | | | | |
| 113. -Auto Data Processing common stock | A | Dividend | K | T | | | | | |
| 114. -Becton Dickinson common stock | A | Dividend | K | T | | | | | |
| 115. -Boeing common stock | B | Dividend | L | T | | | | | |
| 116. -BP PLC Spon ADR common stock | B | Dividend | K | T | | | | | |
| 117. -CSX common stock | A | Dividend | K | T | | | | | |
| 118. -Chevron common stock | B | Dividend | L | T | | | | | |
| 119. -Cisco Sys Inc common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coca Cola common stock | A | Dividend | K | T | | | | | |
| 121. -ConocoPhillips common stock | A | Dividend | K | T | | | | | |
| 122. -Deere & Co. common stock | A | Dividend | K | T | | | | | |
| 123. -Digital Rlty. Tr. Inc. common stock | A | Dividend | J | T | | | | | |
| 124. -Disney common stock | A | Dividend | K | T | | | | | |
| 125. -Dominion Res. common stock | A | Dividend | K | T | | | | | |
| 126. -DuPont common stock | A | Dividend | K | T | | | | | |
| 127. -Entergy common stock | A | Dividend | K | T | | | | | |
| 128. -Enterprise Prods Partners LP com unit | B | Dividend | K | T | | | | | |
| 129. -ExxonMobil common stock | B | Dividend | K | T | | | | | |
| 130. -Fluor Corp. common stock | A | Dividend | J | T | | | | | |
| 131. -GE common stock | A | Dividend | K | T | | | | | |
| 132. -Goldman Sachs common stock | A | Dividend | J | T | | | | | |
| 133. -Home Depot common stock | B | Dividend | L | T | | | | | |
| 134. -Honeywell common stock | B | Dividend | L | T | | | | | |
| 135. -Intel common stock | A | Dividend | K | T | | | | | |
| 136. -IBM common stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -iShares MSCI EAFE Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 138. -iShares Russell 2000 Value Fund (ETF) | B | Dividend | M | T | | | | | |
| 139. -Chase common stock | B | Dividend | L | T | | | | | |
| 140. -JNJ common stock | B | Dividend | L | T | | | | | |
| 141. -Kraft Foods Group Inc. common stock | A | Dividend | J | T | | | | | |
| 142. -Eli Lilly common stock | A | Dividend | K | T | | | | | |
| 143. -Magellan Midstream Partners LP Com | B | Dividend | K | T | | | | | |
| 144. -McDonald's common stock | A | Dividend | K | T | | | | | |
| 145. -McKesson common stock | A | Dividend | K | T | | | | | |
| 146. -Medtronic common stock | A | Dividend | K | T | | | | | |
| 147. -Microsoft common stock | B | Dividend | L | T | | | | | |
| 148. -Mondelez Int. Inc. common stock | A | Dividend | K | T | | | | | |
| 149. -Monsanto common stock | A | Dividend | J | T | | | | | |
| 150. -Nike common stock | A | Dividend | K | T | | | | | |
| 151. -Occidental Pete Cor. Com common stock | B | Dividend | K | T | | | | | |
| 152. -Oracle common stock | A | Dividend | K | T | | | | | |
| 153. -Plains All Amern Pipeline LP LTD Partnership Int. | B | Distribution | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -PNC finl. Svcs Group common stock | A | Dividend | K | T | | | | | |
| 155. -Pfizer Inc. common stock | B | Dividend | K | T | | | | | |
| 156. -Philip Morris common stock | B | Dividend | K | T | | | | | |
| 157. -Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 158. -PG common stock | B | Dividend | K | T | | | | | |
| 159. -Qualcomm common stock | B | Dividend | K | T | | | | | |
| 160. -Royal Dutch Shell PLC common stock | A | Dividend | K | T | | | | | |
| 161. -Spdr S&P Midcap 400 Etf Trust Fund | B | Dividend | M | T | | | | | |
| 162. -Schumberger common stock | A | Dividend | K | T | | | | | |
| 163. -Simon Ppty Group common stock | A | Dividend | J | T | | | | | |
| 164. -Southern Co, common stock | A | Dividend | J | T | | | | | |
| 165. -3M common stock | A | Dividend | K | T | | | | | |
| 166. -Travelers common stock | A | Dividend | K | T | | | | | |
| 167. -Verizon common stock | C | Dividend | L | T | | | | | |
| 168. -Vodafone Group common stock | B | Dividend | K | T | | | | | |
| 169. -Wells Fargo common stock | A | Dividend | K | T | | | | | |
| 170. -Conoco Inc. Sr. Note | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -General Elec Cap. Corp. MTN Note | C | Interest | M | T | | | | | |
| 172. -Honeywell Inc. Deb. Note | D | Interest | M | T | | | | | |
| 173. -International Business Machs Corp. Deb. Note | D | Interest | M | T | | | | | |
| 174. -Merck & Co. Inc. Deb. Note | D | Interest | M | T | | | | | |
| 175. -Vanguard Total Bond Mkt. Index Fund | C | Dividend | M | T | | | | | |
| 176. -CapitalOne checking/operating acct. | | None | K | T | | | | | |
| 177. -Mineral Rights; BP-W.E. Jackson GU, Harrison Co, Tx | D | Royalty | K | Q | | | | | |
| 178. -Mineral Rights; BP-Findley-B GU, Harrison Co, Tx | C | Royalty | J | Q | | | | | |
| 179. -Mineral Rights; BP-Geo. Slaughter-B GU, Harrison Co, Tx | C | Royalty | J | Q | | | | | |
| 180. Foundation #2 (H) | | | | | | | | | |
| 181. -CapitalOne Bank-checking | | None | K | T | | | | | |
| 182. -3300 acres timberland in NW Harrison Co., TX | | None | P1 | Q | | | | | |
| 183. -Edward Jones MMKT Cash Acct. | A | Dividend | K | T | | | | | |
| 184. -AT & T common stock | A | Dividend | J | T | | | | | |
| 185. -Emerson Elecric common stock | A | Dividend | J | T | | | | | |
| 186. -JNJ common stock | A | Dividend | K | T | | | | | |
| 187. -Pepsico common stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -PG comon stock | A | Dividend | J | T | | | | | |
| 189. -Royal Dutch Shell common stock-ADR | A | Dividend | J | T | | | | | |
| 190. -Mineral Rights, TexOk-Davidson #3 oil unit, Harrison Co, Tx | B | Royalty | J | Q | | | | | |
| 191. -Mineral Rights; TexOk-Davidson #7 oil unit, Harrison Co, Tx | B | Royalty | J | Q | | | | | |
| 192. -Mineral Rights, TexOk-Davidson #13 oil unit, Harrison Co,Tx | B | Royalty | J | Q | | | | | |
| 193. -Mineral Rights; Harleton O&G-Davidson well, Harrison Co, Tx | B | Royalty | K | Q | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for all items listed in Part VII was 12-31-17.

Tommy B. and Lucille Jackson Slaughter Foundation No. 2 is identified in Part VII as Foundation #1.

T. Whitfield Davidson Foundation is identified in Part VII as Foundation #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James R. Gilstrap**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544